UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Robin Clifford, et al., ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| Vs. ) | Case No. 4: 11 CV 1475 MLM |
| ) | |
| Bonnie E. Compas, ) | |
| ) | |
| Defendant(s). ) | |

**ORDER**

On August 23, 2011, due to an error in electronic case opening, the above styled case was inadvertently assigned an Eastern Division case number. However, the above referenced case requires a Southeastern Division case number.

Therefore, this case must be randomly reassigned a Southeastern Division case number.

**IT IS HEREBY ORDERED** that the Eastern Division case is closed and the case has been reassigned a Southeastern Division case number to Judge Stephen N. Limbaugh, Jr..


| | |
|---|---|
| August 25, 2011 | /s/ Lori Miller-Taylor |
| Date | James G. Woodward |
| | CLERK OF COURT |

**In all future documents filed with the Court, please use the following case number 1:11CV 158 SNLJ .**